UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| K.B., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO. 1:19-cv-145 |
| vs. | : | |
| | : | MATTICE |
| CITY OF CHATTANOOGA, | : | |
| | : | |
| Defendant. | : | |

# CITY OF CHATTANOOGA'S
# FINAL WITNESS LIST

Comes the Defendant, City of Chattanooga, by and through counsel, and submits the following List of Witnesses who may be called to testify at the trial of this cause:

1. Chief David Roddy
   c/o Chattanooga Police Department
   3410 Amnicola Highway
   Chattanooga, Tennessee 37406
   (423) 643-5000

2. Captain Nathan Vaughn and/or other accreditation officer
   c/o Chattanooga Police Department
   3410 Amnicola Highway
   Chattanooga, Tennessee 37406
   (423) 643-5000

3. Lieutenant Toby Hewitt and/or other Internal Affairs officer
   c/o Chattanooga Police Department
   3410 Amnicola Highway
   Chattanooga, Tennessee 37406
   (423) 643-5000

4. Lieutenant Anthony Easter and/or other training officer
   c/o Chattanooga Police Department
   3410 Amnicola Highway
   Chattanooga, Tennessee 37406
   (423) 643-5000

5. Captain John Chambers and/or another CPD IT employee
c/o Chattanooga Police Department
3410 Amnicola Highway
Chattanooga, Tennessee 34706
(423) 643-5000

6. John Boe
UTC Security Police
UTC
400 Palmetto Street
Chattanooga, TN 37403
(423) 425-4357

7. Former Officer Pedro Bacon

8. Former Officer Edwin McPherson

9. Caroline Huffaker
c/o Chattanooga Police Department
3410 Amnicola Highway
Chattanooga, Tennessee 34706
(423) 643-5000

10. Toby Hewitt
c/o Chattanooga Police Department
3410 Amnicola Highway
Chattanooga, Tennessee 34706
(423) 643-5000

11, Mike Joiner
c/o Chattanooga Police Department
3410 Amnicola Highway
Chattanooga, Tennessee 34706
(423) 643-5000

12. Scott Avila
c/o Chattanooga Police Department
3410 Amnicola Highway
Chattanooga, Tennessee 34706
(423) 643-5000

13. Former Officer Brian Cotter
324 Bass Road
Chattanooga, TN 37421
(423) 605-7961

14. Robert Bell
    1307 Highcrest
    Hixson, TN 37343
    (423) 875-6600

15. Brian Angel
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

16. Brandon Crowe
    180 Auburn Sunset Way
    Dayton, TN 37321
    (423) 525-6754

17. Daniel Jones
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

18. Eddy Chamberlain
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

19. Jonathan Brock
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

20. Eric Tucker
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

21. Glenn Scruggs
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

22. John Chambers
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

23. Kevin Trussell
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

24. Sgt. T. May
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

25. Sgt. Patrick Hubbard
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

26. Sgt. J. Brock
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

27. Sgt. M. Joiner
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

28. Lt. Darrell Whitfield
    8544 Stack Pond Lane
    Ooltewah, TN 37363
    (423) 910-1822

29. Captain Halbert
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

30. Joe Shaw
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

31. Lt. Montgomery
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

32. Sgt. Joe Carpenter
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

33. Dispatcher Mike (Last Name Unknown) who took the July 31, 2015 phone call from Tara Lea and her boyfriend.

34. Captain Zachary Mccullough
    c/o Chattanooga Police Department
    3410 Amnicola Highway
    Chattanooga, Tennessee 34706
    (423) 643-5000

35. Deposition of Desmond Logan.

36. Any witness listed by any other party.

37. Any necessary rebuttal witness.

38. Plaintiff K.B.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF CHATTANOOGA, TENNESSEE

By: /s/ Phillip A. Noblett
    PHILLIP A. NOBLETT - BPR No. 10074
    *City Attorney*
    MELINDA FOSTER- BPR No. 28769
    JOSEPH A. KELLY - BPR No. 14921
    *Assistant City Attorneys*
    100 E. 11th Street, Suite 200
    Chattanooga, TN 37402
    (423) 643-8250 - Telephone
    (423) 643-8255 – Facsimile

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this day served a true and correct copy of the foregoing pleading upon Plaintiff's counsel by electronic filing and by depositing same in the United States mail, postage prepaid, and addressed to the following:

David Randolph Smith
David Randolph Smith & Associates
1913 21st Avenue South
Nashville, TN 37212

Chad Phillips
Sutherland & Belk, PLC
2505 21st Avenue South, Suite 400
Nashville, TN 37212

This 7th day of January, 2021.

                    /s/ Joseph A. Kelly
                    JOSEPH A. KELLY